33887. RUSSELL et al. v. TOWLES et al.

UNDERCOFLER, Presiding Justice.

We granted this interlocutory appeal to consider the question whether DeKalb County is entitled to a jury trial in a zoning case. In *Guhl v. Davis,* 242 Ga. 356 (1978), we held that constitutional questions are for the court and

not a jury. The motion to dismiss is denied.
*Judgment affirmed. All the Justices concur.*

ARGUED SEPTEMBER 13, 1978 — DECIDED OCTOBER 4, 1978 —
REHEARING DENIED OCTOBER 24, 1978.

*George P. Dillard, Gail C. Flake,* for appellants.
*Somers & Altenbach, John W. Gibson, Charles E. Jabaley,* for appellees.

